Howard Spicer, Appellee, v. Gertrude Spicer, Appellant.

Gen. No. 11,183. <span style="background:black;color:black"></span>

Second District, First Division.
November 20, 1958.
Released for publication December 8, 1958.

M. Gomberg (Sidney D. Missner, Seymour O. Lacob, of counsel) for appellant; no appearance entered for appellee. Opinion by PRESIDING JUSTICE SPIVEY. Not to be published in full.